| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
October 12, 2017
David J. Bradley, Clerk

Jared Allen White, §
§
　　　　Plaintiff, §
§
versus §　　　Civil Action H-13-3737
§
Harris County, §
§
　　　　Defendant. §

## Order to Report

By November 2, 2017, the parties will jointly report the status of the case.

Signed on October 11, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge